ACCEPTED
011400626CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 3:03:36 PM
CHRISTOPHER PRINE
CLERK



February 26, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/26/2015 3:03:36 PM

CHRISTOPHER A. PRINE
Clerk

*Via E-File*
Christopher A. Pine, Clerk
Court of Appeals
First District
301 Fannin Street
Houston, Texas 77002-2066

Re:   **Court of Appeals Number:** 01-14-00626-CV     **Trial Court Case Number:** 68156

Style:   Shiloh Treatment Center, Inc. Shiloh II, LLC and Behavior Training Research, Inc. and Clay Dean Hill v. Deston Ed Ward

Dear Mr. Pine and honorable Justices of the First Court of Appeals:

Please be advised that I, Dan McManus, plan to present oral argument before the First Court of Appeals on behalf of the Appellants, in the above styles and numbered case on Tuesday March 3, 2015 at 10:30 a.m.

A copy of this notice is being sent to all counsel of record on appeal, via email though the electronic service system provided by eFile.TXCourts.gov.

Very truly yours,

**TRIBBLE | ROSS**

/s/ Dan McManus

_____

Dan McManus
SBN: 13782650
dmcmanus@tribblelawfirm.com
6371 Richmond Ave.
Houston, Texas 77057
713-622-0444 (Tel)
713-622-0555 (Fax)

DPM:bm

cc:     *Via Email:* Mark W. Collmer
        *Via Email:* Wes Griggs
        *Via Email:* Conrad Bruce Guthrie

6371 Richmond Ave. · Houston, TX 77057 · T 713.622.0444 · F 713.622.0555 · www.TribbleLawFirm.com